Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail:  MRobles@shookandstone.com

Attorneys for Plaintiff Ryan Earl Ohlson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RYAN EARL OHLSON, | Case No.: 2:24-cv-00265-DJA |
| Plaintiff, | STIPULATION TO EXTEND TIME OF TIME TO FILE PLAINTIFF'S BRIEF AND [~~PROPOSED~~] ORDER |
| vs. | (FIRST REQUEST) |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Ryan Earl Ohlson and Martin O'Malley, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from May 8, 2024 to June 4, 2024, for Plaintiff to file his brief with all other deadlines as per the Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil Procedure extended

accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented and to allow adequate time to drafting this brief due to a full schedule. Between today's date and the current due date for this brief, and in addition to numerous administrative hearings that Plaintiff's counsel must prepare for and participate in, Plaintiff's counsel also has four other District Court briefs due.

DATE: April 15, 2024         Respectfully submitted,

                             LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

                                     /s/ *Marc V. Kalagian*
                             BY: _____
                                 Marc V. Kalagian
                                 Attorney for plaintiff Ryan Earl Ohlson

DATE: April 15, 2024         JASON M. FRIERSON
                             United States Attorney


                                     /s/ *Franco L. Becia*
                             BY: _____

                             Franco L. Becia
                             Special Assistant United States Attorney
                             |*authorized by e-mail|

**ORDER**

IT IS SO ORDERED:

DATE: 4/17/2024

_____
THE HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:24-CV-00265-DJA**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on April 16, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*
_____

Marc V. Kalagian
Attorneys for Plaintiff
_____